02-11-182-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00182-CV

 


 
 
 City of Arlington, Texas
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Southwind Development, LLC
 
 
  
 
 
 APPELLEE
 
 


 

------------

 

FROM County
Court at Law No. 3 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellant's “Agreed Motion To Dismiss
Appeal.”  It is the court=s opinion that the motion
should be granted; therefore, we dismiss the appeal.  See Tex. R. App.
P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
GABRIEL,
WALKER, and MEIER, JJ. 


 

DELIVERED: 
December 22, 2011









[1]See
Tex. R. App. P. 47.4.